MARTIN D. BERN (SBN 153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
YUVAL MILLER (SBN 243492)
Yuval.Miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>Defendant. | CASE NO. CV-09-2124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:     The Honorable Susan Illston<br>Date:       February 5, 2010<br>Time:      9:00 a.m.<br>Location: Courtroom 10, 19th Floor |

9647474.2

STIP. AND [PROP'D] ORDER RESETTING:
HEARING DATE; DATE; CV-09-2124 SI

WHEREAS, on November 11, 2009, counsel for Defendant Guardsmark, LLC ("Guardsmark") filed a Motion for Partial Summary Judgment ("the Motion") in this matter;

WHEREAS, the Court issued an order on November 20, 2009 resetting both the hearing on the Motion and a related case management conference to February 5, 2010;

WHEREAS, the parties have stipulated to move both the hearing on the Motion and the related case management conference to March 5, 2010 in order to allow time for the completion of certain discovery before Plaintiff's opposition is due;

NOW THEREFORE, Plaintiff and Defendant, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED, that the hearing date for the Motion, and the date for the case management conference, be reset for March 5, 2010, or as soon thereafter as the Court deems appropriate.

DATED: January 8, 2010

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE
YUVAL MILLER

By: /s/ *Martin D. Bern*
MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

DATED: January 8, 2010

QUALLS & WORKMAN, L.L.P.

By: /s/ *Daniel H. Qualls*
DANIEL H. QUALLS

Attorney for Plaintiff
PHILLIP TEMPLE

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Susan Illston

9647474.2

- 1 - STIP. AND [PROP'D] ORDER RESETTING HEARING DATE; DATE; CV-09-2124 SI