1  MARTIN D. BERN (SBN 153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  YUVAL MILLER (SBN 243492)
   Yuval.Miller@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
6  Facsimile:      (415) 512-4077

7  Attorneys for Defendant
   GUARDSMARK, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  (SAN FRANCISCO DIVISION)

12

13 | PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated, | CASE NO.  CV-09-2124-SI
14 |  | **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT**
15 | Plaintiff, |
16 | vs. | Judge:       The Honorable Susan Illston
17 | GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE, | Date:         March 5, 2010
   |  | Time:        9:00 a.m.
18 |  | Location:   Courtroom 10, 19th Floor
   | Defendant. |
19

20

21

22

23

24

25

26

27

28

9825867.1                                     STIP. AND [PROP'D] ORDER RESETTING:
                                              HEARING DATE; CV-09-2124 SI

1  WHEREAS, on November 11, 2009, counsel for Defendant Guardsmark, LLC filed a Motion for Partial Summary Judgment ("the Motion") in this matter;

WHEREAS, the Court issued an order on January 11, 2010 pursuant to the stipulation of the parties resetting both the hearing on the Motion and a related case management conference to March 5, 2010;

WHEREAS, the parties have stipulated to move the hearing date for the Motion to March 26, 2010, in order to allow time for the completion of certain depositions before Plaintiff's opposition brief is due;

WHEREAS, the parties have stipulated that Plaintiff's opposition to the Motion will be filed and served no later than February 26, 2010;

THEREFORE, through their counsel of record, the parties stipulate as follows:

IT IS HEREBY STIPULATED, that Plaintiff's opposition to the Motion must be served and filed no later than February 26, 2010, and that the hearing date for the Motion, and the date for the case management conference, be reset for March 26, 2010.

DATED: January 29, 2010

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE
YUVAL MILLER

By: _____/s/ Martin D. Bern_____
MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

DATED: January 29, 2010

QUALLS & WORKMAN, L.L.P.

By: _____/s/ Daniel H. Qualls_____
DANIEL H. QUALLS

Attorney for Plaintiff
PHILLIP TEMPLE

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Susan Illston

- 1 -  STIP. AND [PROP'D] ORDER RESETTING HEARING DATE; CV-09-2124 SI

9825867.1