IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP TEMPLE, on behalf of himself individually and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GUARDSMARK LLC, et al.,<br><br>  Defendants.<br>_____/ | No. C 09-02124 SI<br><br>**ORDER DIRECTING DEFENDANT TO SUPPLEMENT THE RECORD, SUBMITTING SUMMARY JUDGMENT MOTION ON THE BRIEFS, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Defendant's motion for partial summary judgment on plaintiff's uniform reimbursement claim is currently set for oral argument on March 26, 2010. Defendant's motion references a prior class action lawsuit in the Sonoma County Superior Court entitled *Morris v. Guardsmark, Inc.*, Case No. 233252. Defendant states that the prior lawsuit raised uniform reimbursement claims similar to plaintiff's claims in this case, and that defendant changed its payment policy after reaching a settlement with the plaintiffs in *Morris*. Although defendant has filed a copy of the judgment entered in *Morris*, defendant has not provided the Court with a copy of the actual Stipulation of Settlement in that case, or any other documents which would demonstrate what issues were decided in that case.

The Court wishes to see the terms of the *Morris* settlement before ruling on defendant's summary judgment motion. Defendant is hereby directed to supplement the record with a copy of the Stipulation of Settlement from *Morris*, to be filed electronically no later than **March 26, 2010 at 2:00 p.m.** The March 26, 2010 hearing on defendant's motion for summary judgment is hereby VACATED and the matter will be taken under submission upon receipt of defendant's supplemental submission.

The case management conference currently scheduled for March 26, 2010 at 3:00 p.m. is hereby CONTINUED to **April 9, 2010 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: March 24, 2010

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2