1  MARTIN D. BERN (SBN 153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  YUVAL MILLER (SBN 243492)
   Yuval.Miller@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendant
   GUARDSMARK, LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   (SAN FRANCISCO DIVISION)

12

13 | PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated, | CASE NO.  CV-09-2124-SI |
   | --- | --- |
   | | **STIPULATION AND [PROPOSED] ORDER RESETTING CONTINUED CASE MANAGEMENT CONFERENCE DATE** |
   | Plaintiff, | |
   | vs. | Judge:     The Honorable Susan Illston |
   | | Date:      April 9, 2010 |
   | GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE, | Time:      9:00 a.m. |
   | | Location:  Courtroom 10, 19th Floor |
   | Defendant. | |

STIP. AND [PROPOSED] ORDER RESETTING
CMC DATE; CV-09-2124 SI

1     WHEREAS, on November 11, 2009, counsel for Defendant Guardsmark, LLC ("Guardsmark") filed a Motion for Partial Summary Judgment ("the Motion") in this matter;

    WHEREAS, the Court issued an order on March 24, 2009 vacating the hearing on the Motion and continuing the related case management conference to April 9, 2010;

    WHEREAS, the parties have stipulated to move the case management conference to April 16, 2010, because the senior defense counsel (Martin D. Bern, Esq.) is unavailable on April 9, 2010 due to a pre-existing family obligation;

    WHEREAS, counsel for Plaintiff has stipulated to the one-week continuance requested;

    NOW THEREFORE, Plaintiff and Defendant, through their counsel of record, stipulate to the following:

    IT IS HEREBY STIPULATED, that the case management conference currently set for April 9, 2010, be reset for April 16, 2010, or as soon thereafter as the Court deems appropriate.

DATED:  March 26, 2010        MUNGER, TOLLES & OLSON LLP
                                   MARTIN D. BERN
                                   MALCOLM A. HEINICKE
                                   YUVAL MILLER

                            By:_____ /s/ Martin D. Bern_____
                                   MARTIN D. BERN

                            Attorneys for Defendants
                            GUARDSMARK, LLC

DATED:  March 26, 2010        QUALLS & WORKMAN, L.L.P.

                            By:_____ /s/ Daniel H. Qualls_____
                                   DANIEL H. QUALLS

                            Attorney for Plaintiff
                            PHILLIP TEMPLE

1 | I, Martin D. Bern, attest that I have obtained concurrence from Daniel
2 | Qualls in the filing of this Stipulation.  *See* N.D. Cal. General Order 45 § 10(B).

4 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
5 | The case management conference has been continued to Friday, May 14, 2010, at 3:00 p.m.  A joint statement shall be filed one week prior.

DATED: _____    _____
                                  The Honorable Susan Illston