1  MARTIN D. BERN (SBN 153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  YUVAL MILLER (SBN 243492)
   Yuval.Miller@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  Attorneys for Defendant
   GUARDSMARK, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                (SAN FRANCISCO DIVISION)

12

13 | PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated, | CASE NO.  CV-09-2124-SI
14 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S LETTER BRIEF**
15 | Plaintiff, |
16 | vs. |
   | | Judge:    The Honorable Susan Illston
17 | GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE, | Location:  Courtroom 10, 19th Floor
18 | |
   | Defendant. |
19

---

10875391.1

STIP. AND [PROP.] ORDER RE EXTENSION OF
TIME TO OPPOSE LTR BR. NO. 2; CV-09-2124 SI

1     WHEREAS, on May 28, 2010, counsel for Plaintiff Phillip Temple filed Letter Brief Number 2 [Docket No. 61] ("Letter");

2     WHEREAS, the Letter Brief has caused counsel to engage in a further meet and confer in an effort to resolve the dispute without the involvement of the Court;

3     WHEREAS, the parties have stipulated that the deadline for Defendant Guardsmark, LLC ("Guardsmark") to oppose the Letter be extended until June 18, 2010 in order to allow sufficient time for the parties to discuss this matter further and for Guardsmark to respond, if necessary, to the Letter brief;

4     NOW THEREFORE, Plaintiff and Defendant, through their counsel of record, HEREBY STIPULATE that the deadline for Guardsmark to file its opposition to the Letter be extended to June 18, 2010.

DATED: June 4, 2010

MUNGER, TOLLES & OLSON LLP
  MARTIN D. BERN
  MALCOLM A. HEINICKE
  YUVAL MILLER

By: _____/s/ Martin D. Bern_____
        MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

DATED: June 4, 2010

QUALLS & WORKMAN, L.L.P.

By: _____/s/ Daniel H. Qualls_____
        DANIEL H. QUALLS

Attorney for Plaintiff
PHILLIP TEMPLE

I, Martin D. Bern, attest that I have obtained concurrence from Daniel Qualls in the filing of this Stipulation. See N.D. Cal. General Order 45 § 10(B).

DATED: June 4, 2010                         */s/ Martin D. Bern*
                                            Martin D. Bern

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
                                            The Honorable Susan Illston