| | |
|---|---|
| 1 | MARTIN D. BERN (SBN 153203) |
|   | Martin.Bern@mto.com |
| 2 | MALCOLM A. HEINICKE (SBN 194174) |
|   | Malcolm.Heinicke@mto.com |
| 3 | YUVAL MILLER (SBN 243492) |
|   | Yuval.Miller@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, Twenty-Seventh Floor |
| 5 | San Francisco, CA  94105-2907 |
|   | Telephone:    (415) 512-4000 |
| 6 | Facsimile:     (415) 512-4077 |

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>            Defendant. | CASE NO.  CV-09-2124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Judge:     The Honorable Susan Illston<br>Date:      July 2, 2010<br>Time:      9:00 a.m.<br>Location: Courtroom 10, 19th Floor |

1   WHEREAS, on May 11, 2010, Plaintiff Phillip Temple filed a Motion for Leave to
2   File Second Amended Complaint ("the Motion") in this matter;
3   WHEREAS, Guardsmark, LLC ("Guardsmark") refutes the facts alleged in the
4   proposed Second Amended Complaint and disagrees with the legal theories asserted
5   therein;
6   WHEREAS, Guardsmark intends to assert affirmative defenses in response to the
7   Second Amended Complaint, including, but not limited to, any applicable limitations
8   period;
9   WHEREAS, Guardsmark also intends to argue that allegations contained in the
10  Second Amended Complaint do not "relate back" to the filing of the original or First
11  Amended Complaint in this matter under the standards set forth in Federal Rule of Civil
12  Procedure 15 and relevant interpretations of that rule;
13  WHEREAS, Guardsmark expressly reserves, and does not waive, its rights to
14  challenge on any grounds the Second Amended Complaint in a responsive pleading or
15  otherwise;
16  NOW THEREFORE, Plaintiff and Defendant, through their counsel of record,
17  stipulate as follows:
18  1.   Guardsmark hereby states its non-opposition to the filing of the proposed
19  Second Amended Complaint, a copy of which is attached hereto as Exhibit A;
20  2.   Guardsmark's non-opposition to the filing of the Second Amended
21  Complaint shall not be construed as a waiver of Guardsmark's right to assert factual or
22  legal defenses to the Second Amended Complaint on any grounds, including, but not
23  limited to, any applicable limitations period; and
24  3.   Plaintiff may file the Second Amended Complaint, attached hereto as
25  Exhibit A.
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  June 10, 2010 | MUNGER, TOLLES & OLSON LLP |
| 2 | | MARTIN D. BERN |
| | | MALCOLM A. HEINICKE |
| 3 | | YUVAL MILLER |

By: _____/s/ Martin D. Bern_____
MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

DATED:  June 10, 2010          QUALLS & WORKMAN, L.L.P.

By: _____/s/ Daniel H. Qualls_____
DANIEL H. QUALLS

Attorney for Plaintiff
PHILLIP TEMPLE

I, Martin D. Bern, attest that I have obtained concurrence from Daniel Qualls in the filing of this Stipulation.  See N.D. Cal. General Order 45 § 10(B).

DATED: June 10, 2010          _____
Martin D. Bern

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___          _____
The Honorable Susan Illston

- 2 -          STIP. AND [PROPOSED] ORDER FOR FILING
OF SECOND AMENDED COMPL.; CV-09-2124 SI