MARTIN D. BERN (SBN 153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
YUVAL MILLER (SBN 243492)
Yuval.Miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>　　　　　　Defendant. | CASE NO.  CV-09-2124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S LETTER BRIEF**<br><br>Judge:　　The Honorable Susan Illston<br>Location:　Courtroom 10, 19th Floor |

11078887.1

STIP. AND [PROP.] ORDER RE EXTENSION OF
TIME TO OPPOSE LTR BR. NO. 2; CV-09-2124 SI

WHEREAS, on May 28, 2010, counsel for Plaintiff Phillip Temple filed Letter Brief Number 2 [Docket No. 61] ("Letter");

WHEREAS, the Letter has caused counsel to engage in a further meet and confer in an effort to resolve the dispute without the involvement of the Court;

WHEREAS, the parties have stipulated that the deadline for Defendant Guardsmark, LLC ("Guardsmark") to oppose the Letter be extended until July 1, 2010 in order to allow sufficient time for the parties to discuss this matter further and for Guardsmark to respond, if necessary, to the Letter brief;

NOW THEREFORE, Plaintiff and Defendant, through their counsel of record, HEREBY STIPULATE that the deadline for Guardsmark to file its opposition to the Letter be extended to July 8, 2010.

DATED: July 1, 2010

MUNGER, TOLLES & OLSON LLP
   MARTIN D. BERN
   MALCOLM A. HEINICKE
   YUVAL MILLER

By: _____/s/ Martin D. Bern_____
            MARTIN D. BERN

Attorneys for Defendants
GUARDSMARK, LLC

DATED: July 1, 2010

QUALLS & WORKMAN, L.L.P.

By: _____/s/ Daniel H. Qualls_____
            DANIEL H. QUALLS

Attorney for Plaintiff
PHILLIP TEMPLE

11078887.1      - 1 -      STIP. AND [PROP.] ORDER RE EXTENSION OF TIME TO OPPOSE LTR BR. NO. 2; CV-09-2124 SI

I, Martin D. Bern, attest that I have obtained concurrence from Daniel H. Qualls in the filing of this Stipulation.  *See* N.D. Cal. General Order 45 § 10(B).

DATED: July 1, 2010

*/s/ Martin D. Bern*
Martin D. Bern

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Susan Illston