MARTIN D. BERN (SBN 153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
YUVAL MILLER (SBN 243492)
Yuval.Miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHILLIP TEMPLE, on behalf of himself, individually, and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>  Defendant. | CASE NO. CV-09-2124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DISCOVERY MOTION RE: MISSION PARTNERSHIP STATEMENTS**<br><br>Judge: The Honorable Susan Illston<br>Location: Courtroom 10, 19th Floor |

1  WHEREAS, on May 28, 2010, Plaintiff Phillip Temple ("Plaintiff") filed a Letter Brief in this matter ("Letter Brief No. 2");

WHEREAS, Guardsmark, LLC ("Guardsmark") and Plaintiff have met and conferred and have reached an agreement regarding certain facts that will eliminate the need for the court to resolve Plaintiff's Letter Brief Number 2;

NOW THEREFORE, Plaintiff and Defendant, through their counsel of record, HEREBY STIPULATE that:

1. Guardsmark's Mission Partnership Statements do not contain language stating whether a client representative will relieve for purposes of taking a rest break those Guardsmark security officers who work as the sole Guardsmark security officer at a client site during a work shift of at least 8 hours;

2. Guardsmark stipulates that the putative Class as defined in the Second Amended Complaint is numerous and ascertainable, and Guardsmark will not oppose class certification of the putative Class as defined in the Second Amended Complaint based on the lack of numerosity or ascertainability; notwithstanding the foregoing, however, Guardsmark expressly reserves its right to oppose class certification under Rule 23(a)(2)-(4) and Rule 23(b) of the Federal Rules of Civil Procedure and relevant authority related thereto;

3. Guardsmark's Mission Partnership Statements for accounts in California during the class period alleged in the Second Amended Complaint contain the following language under the heading "Alertness": "As a Security Officer, you must be mentally capable of responding quickly to instructions and remain constantly alert at your post, ready to react to any situation. Carry out orders promptly. Be an astute observer. And *never* sleep on the job!"

DATED:  July 8, 2010                              MUNGER, TOLLES & OLSON LLP
                                                  MARTIN D. BERN
                                                  MALCOLM A. HEINICKE
                                                  YUVAL MILLER


                                                  By:_____/s/ Martin D. Bern_____
                                                         MARTIN D. BERN

                                                  Attorneys for Defendants
                                                  GUARDSMARK, LLC

DATED:  July 8, 2010                              QUALLS & WORKMAN, L.L.P.


                                                  By:_____/s/ Daniel H. Qualls_____
                                                         DANIEL H. QUALLS

                                                  Attorney for Plaintiff
                                                  PHILLIP TEMPLE

      I, Martin D. Bern, attest that I have obtained concurrence from Daniel H. Qualls in the filing of this Stipulation.  See N.D. Cal. General Order 45 § 10(B).


DATED: July 8, 2010                   _____/s/ Martin D. Bern_____
                                             Martin D. Bern


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:                                _____
                                             The Honorable Susan Illston