IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP TEMPLE et al.

        Plaintiffs,

    v.

GUARDSMARK LLC,

        Defendant.

No. C 09-02124 SI

~~AMENDED~~

**ORDER RE: PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**

    The hearing on defendant's motion to deny class certification (doc. 88) currently scheduled for December 15, 2010, is VACATED and hereby RESCHEDULED for **February 11, 2011** at **9:00 a.m.**.

    Plaintiffs' motion for administrative relief is DENIED as moot.  (Doc. 95.)

**IT IS SO ORDERED.**

Dated: November 24, 2010

SUSAN ILLSTON
United States District Judge