MARTIN D. BERN (153203)
Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP TEMPLE and JOHNNY McFARLAND, on behalf of themselves individually, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>Defendant(s). | CASE NO. CV-09-2124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: The Honorable Susan Illston |

1    WHEREAS, the parties have reached an agreement that calls for the dismissal with
2  prejudice of this action, with each side to bear their own attorneys' fees and costs;
3    WHEREAS, the parties agree that the dismissal with prejudice of this action would
4  preclude Plaintiffs from bringing any future claims related to their employment with Defendant,
5  including without limitation any claims under the California Labor Code or the Federal Fair
6  Labor Standards Act; and
7    WHEREAS, the parties wish to secure court approval of this dismissal and its
8  associated effect:
9    NOW, THEREFORE, IT IS HEREBY STIPULATED THAT this action is
10 dismissed in its entirety and with prejudice to the claims of Plaintiffs Temple and McFarland.

        Munger, Tolles & Olson LLP
        MARTIN D. BERN
        MALCOLM A. HEINICKE

DATED: March 16, 2011        By: _____/s/ Malcolm A. Heinicke_____
                                      MALCOLM A. HEINICKE

        Attorneys for Defendant
        GUARDSMARK, LLC.

        Qualls & Workman
        DANIEL QUALLS

DATED: March 16, 2011        By: _____/s/ Daniel Qualls_____
                                      DANIEL QUALLS

        Attorney for Plaintiffs
        PHILLIP TEMPLE and JOHNNY
        McFARLAND

    Pursuant to stipulation, IT IS SO ORDERED. This action is hereby dismissed its entirety, and such dismissal shall be with prejudice to the individual claims of Plaintiffs Temple and McFarland.
3/18/11

                                        _____
        The Honorable Susan Illston
        UNITED STATES DISTRICT JUDGE