```
1  MARTIN D. BERN (153203)
   Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Defendant
   GUARDSMARK, LLC
7
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11  PHILLIP TEMPLE and JOHNNY McFARLAND, on behalf of themselves individually, and all others similarly situated, | CASE NO.  CV-09-2124-SI |
|---|---|
| 12 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 13 | |
| 14                Plaintiffs, | |
| 15        vs. | Judge:  The Honorable Susan Illston |
| 16  GUARDSMARK, LLC, and DOES 1 through 100, INCLUSIVE, | |
| 17                Defendant(s). | |

1	WHEREAS, the parties have reached an agreement that calls for the dismissal with
2	prejudice of this action, with each side to bear their own attorneys' fees and costs;
3	WHEREAS, the parties agree that the dismissal with prejudice of this action would
4	preclude Plaintiffs from bringing any future claims related to their employment with Defendant,
5	including without limitation any claims under the California Labor Code or the Federal Fair
6	Labor Standards Act; and
7	WHEREAS, the parties wish to secure court approval of this dismissal and its
8	associated effect:
9	NOW, THEREFORE, IT IS HEREBY STIPULATED THAT this action is
10	dismissed in its entirety and with prejudice to the claims of Plaintiffs Temple and McFarland.

Munger, Tolles & Olson LLP
MARTIN D. BERN
MALCOLM A. HEINICKE

DATED:  March 16, 2011	By:	/s/ Malcolm A. Heinicke
	MALCOLM A. HEINICKE

Attorneys for Defendant
GUARDSMARK, LLC.

Qualls & Workman
DANIEL QUALLS

DATED:  March 16, 2011	By:	/s/ Daniel Qualls
	DANIEL QUALLS

Attorney for Plaintiffs
PHILLIP TEMPLE and JOHNNY
McFARLAND

Pursuant to stipulation, IT IS SO ORDERED.  This action is hereby dismissed its entirety, and such dismissal shall be with prejudice to the individual claims of Plaintiffs Temple and McFarland.
3/18/11

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

13408225.1 — - 1 - — STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE CV-09-2124 SI